IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JO BENNETT,<br><br>                Plaintiff,<br>v.<br><br>SCHNADER HARRISON SEGAL & LEWIS LLP, et al.,<br><br>                Defendants. | Case No.  2:24-cv-00592-JMY |

**STIPULATION OF EXTENSION OF TIME**

       WHEREAS, the parties in the above action have been engaging in good faith discussions regarding the possibility of an early production of documents that would permit Plaintiff to consider amending her Complaint and potentially eliminate certain Defendants (or eliminate certain Defendants from some counts) and add other Defendants;

       WHEREAS, the parties believe a two-week extension of Defendants' responsive pleading deadline would help to facilitate this process by allowing Plaintiff time to review the produced material and decide whether to amend before Defendants' current responsive pleading deadline;

       WHEREAS, should Plaintiff decide to amend her Complaint based on the information received from Defendants, the parties will provide the Court with new proposed deadlines for Plaintiff's amended pleading and Defendants' responsive pleading.

       THEREFORE, pursuant to United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 7.4, the parties stipulate and agree that all Defendants shall have until May 14, 2024, to plead or file a response to Plaintiff's Complaint.

| | |
|---|---|
| Dated: April 24, 2024 | Respectfully submitted: |
| /s/ R. Joseph Barton | /s/ Andrew D. Salek-Raham |
| Adam Harrison Garner (320476) | William J. Delany (PA 74864) |
| Melanie J. Garner (315058) | Lars C. Golumbic (admitted *pro hac vice*) |
| The Garner Firm, Ltd. | Andrew D. Salek-Raham (admitted *pro hac vice*) |
| 1617 John F. Kennedy Blvd., Suite 550 Philadelphia, PA 19103 | M. Caroline Wood (admitted *pro hac vice*) |
| Tel: (215) 645-5955 | GROOM LAW GROUP, CHARTERED |
| Fax: (215) 645-5960 | 1701 Pennsylvania Avenue, NW |
| adam@garnerltd.com | Washington, DC 20006 |
| melanie@garnerltd.com | Phone: (202) 861-6643 |
| | Fax: (202) 659-4503 |
| R. Joseph Barton (admitted *pro hac vice*) | wdelany@groom.com |
| Barton & Downes LLP | lgolumbic@groom.com |
| 1633 Connecticut Ave, Suite 200 | asalek-raham@groom.com |
| Washington D.C. 20009 | cwood@groom.com |
| Tel: (202) 734-7046 | |
| jbarton@bartondownes.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____ 2024

_____
Hon. John Milton Younge
United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing Stipulation of Extension of Time was filed electronically, is available for viewing and downloading from the ECF system, and was served upon the following under the ECF Guidelines of this Court:

Adam Harrison Garner (320476)
Melanie J. Garner (315058)
The Garner Firm, Ltd.
1617 John F. Kennedy Blvd., Suite 550 Philadelphia, PA 19103
Tel: (215) 645-5955
Fax: (215) 645-5960
adam@garnerltd.com
melanie@garnerltd.com

R. Joseph Barton (admitted *pro hac vice*)
Barton & Downes LLP
1633 Connecticut Ave, Suite 200
Washington D.C. 20009
Tel: (202) 734-7046
jbarton@bartondownes.com


Date: April 24, 2024                           */s/ Andrew D. Salek-Raham*
                                                              Andrew D. Salek-Raham