# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JO BENNETT, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| SCHNADER HARRISON SEGAL & LEWIS LLP, et al., | : | NO. 24-592 |
| Defendants. | : | |

## ORDER

AND NOW, this 22nd day of July, 2024, upon consideration of Defendants' Motion to Dismiss (ECF No. 55), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED** for the reasons stated in this Court's accompanying Memorandum.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**