IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JO BENNETT, on behalf of herself and all others similarly situated, | |
| *Plaintiff* | Case No. 2:24-cv-00592-JMY |
| v. | |
| SCHNADER HARRISON SEGAL & LEWIS LLP, et al., | |
| *Defendants* | |

**PLAINTIFF'S MOTION TO STAY, VACATE DEADLINES, AND FOR A REFERENCE TO A MAGISTRATE JUDGE FOR FURTHER SETTLEMENT CONFERENCE**

Plaintiff Jo Bennett, through her undersigned counsel, hereby moves for a stay of this action based on the parties' recent mediation. Plaintiff also requests if the parties have not signed a term sheet by November 12, 2024 the parties be ordered to attend a settlement conference with United States Magistrate Judge Carol Sandra Moore Wells. It is unclear if Defendants oppose any of the relief requested herein. For the reasons set forth in the attached memorandum in support, Plaintiff's motion should be granted.

Respectfully submitted,

/s/ Adam H. Garner
Adam Harrison Garner (320476)
Melanie J. Garner (315058)
The Garner Firm, Ltd.
1617 John F. Kennedy Blvd., Suite 550
Philadelphia, PA 19103
Tel: (215) 645-5955
Fax: (215) 645-5960
adam@garnerltd.com
melanie@garnerltd.com

        R. Joseph Barton (*Pro Hac Vice*)
        Barton & Downes LLP
        1633 Connecticut Ave, Suite 200
        Washington D.C. 20009
        Tel: (202) 734-7046
        jbarton@bartondownes.com

        *Attorneys for Plaintiff*

Dated: October 22, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October, 2024, a copy of the foregoing was served on all counsel of record using the Court's CM/ECF system.

/s/ Adam H. Garner
Adam Harrison Garner
