IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JO BENNETT, | : | |
| | : | CIVIL ACTION No. |
| Plaintiffs, | : | |
| | : | 24-cv-592-JMY |
| v. | : | |
| SCHNADER, HARRISON, SEGAL & LEWIS, LLP, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 2nd day of September, 2025, it is hereby **ORDERED** that a **FINAL FAIRNESS HEARING** with the Court will be held on **Thursday, January 22, 2026 at 10:00 a.m.**, in **Courtroom 15-B, United States Courthouse, 601 Market Street, Philadelphia, PA**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ *John Milton Younge*
**Judge John Milton Younge**