IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JO BENNETT, on behalf of herself and all others similarly situated,<br><br>       *Plaintiff*<br><br>v.<br><br>SCHNADER HARRISON SEGAL & LEWIS LLP, et al.,<br><br>       *Defendants* | Case No. 2:24-cv-00592-JMY |

## ORDER ON STIPULATION REGARDING CLASS DATA & CLASS NOTICE

This Court has revised and hereby approves the Parties' Stipulation Regarding Class Data & Class Notice and ORDERS as follows:

1. Within 7 days of this Stipulation, Defendants will provide Class Counsel with the information provided for in Section III.7 (1)-(5) of the Settlement Agreement, to the extent that information is available, for beneficiaries of the participant Class Members who Defendants are able to identify based on reasonably available data.

2. Class Counsel and the Settlement Administrator will be required to provide the Class Notice only to those beneficiaries for whom the Class Data provided by Defendants identifies a different address for the beneficiary than that of the participant.

3. Nothing in the Stipulation or this Order modifies the requirement in Section III.7 of the Settlement Agreement for Defendants to "provide other information reasonably requested by Class Counsel or the Settlement Administrator."

4. Nothing in the Stipulation or this Order will preclude Class Counsel or the Settlement Administrator from providing a Class Notice to any person who reasonably claims to

2

be a Class Member (including any beneficiary Class Member) who requests a copy of the Class Notice.

    IT IS SO ORDERED this 10th day of October, 2025.

                                              /s/ John Milton Younge
                                              The Hon. John M. Younge
                                              United States District Judge