# THE GARNER FIRM, LTD.

One Penn Center
1617 John F. Kennedy Boulevard, Suite 1111
Philadelphia, PA 19103
www.garnerltd.com

Adam H. Garner
Admitted to Practice in PA | NJ | MD

adam@garnerltd.com
Tel. (215) 645-5955
Fax (215) 645-5960

January 14, 2026

The Honorable John Milton Younge
United States District Court
  for the Eastern District of Pennsylvania
601 Market Street, Courtroom 15-B
Philadelphia, PA 19106

        Re:    *Bennett v. Schnader Harrison Segal & Lewis, LLP, et al.*
            *No. 2:24-cv-00592-JMY*

Dear Judge Younge:

      I write to advise the Court that on January 9, 2026, I sent copies of Plaintiff's motion for final approval of the parties' class action settlement and attachments, as well as the amended final approval order filed on that date, to Michael Salmonson, Esquire. Mr. Salmonson serves as counsel to the Class Members who are plaintiffs in a Wage Payment Collection Law case pending in the Philadelphia Court of Common Pleas, including those who sent the Court letters regarding the scope of the release in the parties' settlement.

      Thank you for your consideration of the foregoing.

                        Respectfully submitted,

                        Adam H. Garner

cc:    All Counsel of Record (via CM/ECF)