IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JO BENNETT, on behalf of herself and all others similarly situated,<br><br>     *Plaintiff*<br><br>  v.<br><br>SCHNADER HARRISON SEGAL & LEWIS LLP, et al.,<br><br>     *Defendants* | Case No. 2:24-cv-00592-JMY |

## **FINAL JUDGMENT**

  **AND NOW**, this _____ day of _____ 2026, it is hereby **ORDERED** and **DECREED**: For the reasons stated in the Court's Order Granting Final Approval of Class Action Settlement ("Final Approval Order") dated January 22, 2026 (ECF No. 118), the above entitled action is dismissed with prejudice. It is further **ORDERED** as follows:

  1. Pursuant to Rule 23(a) and Rule 23(b)(1) and (b)(2), the members of the Class for purposes of this Final Judgment are the following:

  Participants in the Schnader Harrison Segal & Lewis LLP Retirement and Savings Plan who were attorneys with the title of Income Partner or Counsel at Schnader Harrison Segal & Lewis any time between February 7, 2018 to June 30, 2023 and who were assessed a "Non-Elective Retirement Contribution" as described in annual memoranda entitled "[Year] Retirement Contribution Calculation" (and for whom such assessment was not fully repaid or refunded) and the beneficiaries of such participants, except the Excluded Persons.

  Excluded from the Class are the following: (a) Defendants; (b) any equity partners of Schnader during the Class Period; (c) any fiduciary of the Plan with discretionary fiduciary authority with respect to the Non-Elective Retirement Contribution during the Class Period; (d) the beneficiaries of any such persons or the immediate family members of any such foregoing excluded persons; and (e) the legal representatives, successors and assigns of any such excluded persons.

2. Without affecting the finality of this Final Judgment in any way, this Court expressly retains exclusive jurisdiction with regard to: (i) implementation of this Settlement Agreement; (ii) disposition of the Qualified Settlement Fund and distributions from the Escrow Account and Special SubTrust; and (iii) enforcement and administration of this Settlement Agreement, including the release provisions thereof.

3. Final judgment is hereby entered pursuant to Rule 54 of the Federal Rules of Civil Procedure with each side to bear their own fees and costs, except as provided in the Order on Plaintiff's Motion for Attorney's Fees (ECF No. 120) and Order on Plaintiff's Motion for a Service Award to Class Representative (ECF No. 119).

_____
The Hon. John M. Younge
United States District Judge